UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KNAPP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC., GREGORY B. MAFFEI, ROGER FAXON, DAVID J. FREAR, JASON HIRSCHHORN, TIMOTHY LEIWEKE, ROGER J. LYNCH, MICHAEL M. LYNTON, and JAMES E. MEYER,<br><br>Defendants. | CASE NO.: 3:18-cv-06927-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 9, 19th Floor<br>Before: Hon. Jon S. Tigar |

1     Pursuant to the Stipulation to Extend Time to File Responsive Pleading and Initial Case Management Conference, it is hereby ordered that (i) Defendants will have until April 5, 2019 to answer, move against, or otherwise respond to the Complaint and (ii) the Initial Case Management Conference is rescheduled for April 17, 2019.

Dated: January 25, 2019

_____
The Honorable Jon S. Tigar
United States District Judge

[~~Proposed~~] Order Granting Stipulation To Extend Time To File Responsive Pleading And Initial Case Management Conference
Case No.: 3:18-cv-06927-JST

1