David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL KNAPP Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PANDORA MEDIA, INC., GREGORY B. MAFFEI, ROGER FAXON, ROGER FAXON, DAVID J. FREAR, JASON HIRSCHHORN, TIMOTHY LEIWEKE, ROGER J. LYNCH, MICHAEL M. LYNTON, and JAMES E. MEYER, <br><br> Defendants. | Civil Action No. 3:18-cv-06927 |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Michael Knapp ("Plaintiff") voluntary dismisses the above-titled action against Defendants as moot. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DISMISSAL

DATED:  February 19, 2019

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel:  212-971-1341
Fax:  212-202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ David E. Bower*
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email:  dbower@monteverdelaw.com

*Counsel for Plaintiff*

2

DISMISSAL